UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANTWAN M. GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  3:10cv287 |
| . | ) |
| | ) |
| UNIQUE AUTO SALES, LLC, et al, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

Pursuant to the Scheduling Order of this court, the plaintiff identifies, with the exception of impeachment witnesses and exhibits, the following witnesses and exhibits he expects to produce in this matter at trial:

### PLAINTIFF'S LIST OF WITNESSES

1. Plaintiff

2. Kenneth Gray

3. Any proposed witness listed by the defendant

4. Any proposed rebuttal witness listed by the defendant

5. Defendant's corporate designee, David L. Evans, by deposition and live testimony

### PLAINTIFF'S LIST OF EXHIBITS

1. Buyers Order

2. Retail Installment Sales Contract

3. Loan Applications of Antwan Gray dated 5/21/10 & 5/29/10

4. Delivery Agreement from Unique Auto

5. Service Contract

6. Application For Title

7. Temporary Registration

8. Buyer's Guide

9. Credit Report from Equifax, Experian, and Trans Union

10. Professional Financial Services Credit Decision – PFS 0001

11. Equifax Credit Report – 5/21/10 – PFS 0004

12. Unique Auto Book Out & Deal Structure – dated 5/21/10 – PFS0006

13. NADA Used Car Value Guide - for May, 2009 – dated 5/21/09 – PFS0007

14. Professional Financial Services Employment Verification – PFS0008

15. Professional Financial Services Collection tab page – PFS0010

Any exhibit listed by the defendant

**Respectfully submitted,**

**ANTWAN M. GRAY,**

By_____S_____
  Counsel for Plaintiff

John Cole Gayle, Jr.
VSB No. 018833
The Consumer Law Group, P.C.
5905 West Broad Street, Suite 303
Richmond, Virginia 23230
(804) 282-7900
(804) 673-0316 fax
jgayle@theconsumerlawgroup.com

2

Leonard A. Bennett, Esq.
VSB #37523
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

      Counsel for Plaintiff

## CERTIFICATE

      I hereby certify that on this 23rd day of December, 2010, I e-mailed and mailed a true copy of the foregoing to:

           Brett A. Spain
           Willcox & Savage, P.C.
           440 Monticello Avenue
           Suite 2200
           Norfolk, Virginia 23510-2243

*Counsel for Professional Financial Services of Virginia, LLC*

           _____S_____