## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

ANTWAN M. GRAY

    Plaintiff,

v.                                                    CIVIL ACTION NO. 3:10cv287

UNIQUE AUTO SALES, LLC, et al,

    Defendants.

### DEFENDANT'S WITNESS AND EXHIBIT LISTS

    NOW COMES Defendant Professional Financial Services of Virginia, LLC, by

counsel, and submits the following Witness and Exhibit Lists:

### Witness List

1.     David Evans

2.     Charles Wylie

3.     Bonnie Klapaska (Mariner Finance)

### Exhibit List

| No. | Bates No. | Date | Deposition Exhibit No. | Description |
|-----|-----------|------|------------------------|-------------|
| 1. | PFS0001 | 05/21/2009 | | Credit Decision |
| 2. | PFS0004-5 | 05/21/2009 | | Credit Report |
| 3. | PFS003, 6-7 | 05/21/2009 | | Fax from Unique Auto Sales |
| 4. | PFS0009 | 05/21/2009 | | Statement of credit denial |
| 5. | PFS0010 | 05/21/2009 | | Account collection notes |
| 6. | | | | Screen shot samples of credit decision process |
| 7. | | | | Samples of credit decision letters |
| 8. | | | | Collection notes |
| 9. | | | | Pictures of PFS office in Richmond |
| 10. | | 05/29/2009 | A. Gray 3 | Retail Installment Contract |
| 11. | | 05/29/2009 | A. Gray 9 | Acknowledgement of receipt of photocopy of signed motor vehicle retail installment contract |

| No. | Bates No. | Date | Deposition Exhibit No. | Description |
|-----|-----------|------|------------------------|-------------|
| 12. | U009 | 05/21/2009 | A. Gray 1 | Application for credit |
| 13. | U010 | 05/29/2009 | A. Gray 2 | Application for credit |
| 14. | | 05/29/2009 | A. Gray 8 | Delivery confirmation |
| 15. | U012 | 05/29/2009 | A. Gray 4 | Addendum to retail sales contract lender stipulations |
| 16. | U020 | | | Coastal Credit fax |
| 17. | | | A. Gray 13 | Auto use advance calculator |
| 18. | | 05/29/2009 | A. Gray 5 | Delivery Agreement |
| 19. | U025 | 05/29/2009 | | Power of Attorney |
| 20. | U027-031 | 05/29/2009 | A. Gray 11 | Title and registration documents |
| 21. | U038 | 05/29/2009 | A. Gray 12 | Agreement for preauthorized loan payments |
| 22. | | | A. Gray 15 | "D" Credit Approval Form |
| 23. | U044 | 05/21/2009 | A. Gray 16 | Credit history |
| 24. | U046-047 | 05/29/2009 | A. Gray 6-7 | Buyers Order |
| 25. | | | A. Gray 24 | Copy of Coastal Credit fax |
| 26. | | 05/29/2009 | A. Gray 10 | Mechanical Repair Service Contract (4 pages) |
| 27. | | 06/17/2009 | A. Gray 19 | Trans Union Credit Report |
| 28. | | 09/09/2009 | A. Gray 21 | Equifax Credit Report |
| 29. | | 06/17/2009 | A. Gray 20 | Experian Credit Report |
| 30. | | Various | | Mariner Finance Memorandum of Law in Support of Motion to Dismiss plus exhibits |
| 31. | | 11/19/10 | | Plaintiff's Answers to Interrogatories |
| 32. | | | | Originals of Plaintiff's Records |
| 33. | | | | Deposition of Antwan Gray |

Dated:  December 23, 2010

Respectfully submitted,

By_____/s/_____
Brett A. Spain (VSB #44567)
Gary A. Bryant (VSB #27558)
Attorneys for Professional Financial
Services of Virginia, LLC
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5500 Telephone
(757) 628-5566 Facsimile
bspain@wilsav.com
gbryant@wilsav.com

I-1005884.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John Cole Gayle, Jr., (VSB #18833)
The Consumer Law Group, PC
5905 West Broad St., Ste. 303
Richmond, Virginia  23230
*Counsel for Plaintiff Antwan M. Gray*

Leonard A. Bennett (VSB #37523)
Consumer Litigation Associates, PC
12515 Warwick Boulevard, Ste. 100
Newport News, Virginia 23606
*Counsel for Plaintiff Antwan M. Gray*

                                    /s/
                    _____
                    Brett A. Spain (VSB #44567)
                    Gary A. Bryant (VSB #27558)
                    Attorneys for Professional Financial
                    Services of Virginia, LLC
                    Willcox & Savage, P.C.
                    440 Monticello Avenue, Suite 2200
                    Norfolk, Virginia 23510
                    (757) 628-5500 Telephone
                    (757) 628-5566 Facsimile
                    bspain@wilsav.com
                    gbryant@wilsav.com

I-1005884.1