**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**ANTWAN M. GRAY,**

    **Plaintiff,**

v.                                                         Civil Action No.  3:10cv287

**UNIQUE AUTO SALES, LLC, et al,**

    **Defendants.**

**PLAINTIFF'S MOTION FOR ENLARGEMENT**

COMES NOW the Plaintiff, Antwan M. Gray, pursuant to Fed. R. Civ. P. 6(b)(1), he moves the Court for an Enlargement of Time within which to file his Proposed Findings of Fact and Conclusions of Law from – likely – today at 5:00 p.m. until Monday at noon.

Plaintiff's Richmond counsel is out of town for holidays.  His Newport News counsel, responsible for completion and filing of the Proposed Findings Fact and Conclusions of Law lost Monday and most of Tuesday without an office or staff due to Sunday's snowstorm.

Defendant will not be prejudiced as the trial of the matter is not scheduled until January 14, 2011 and the facts and legal disputes in the case are long known to both parties.

                                                   Respectfully submitted,

                                                   ANTWAN M. GRAY,

                                                   By_____-s-_____
                                                   Counsel for Plaintiff

John Cole Gayle, Jr.
VSB No. 018833
The Consumer Law Group, P.C.
5905 West Broad Street, Suite 303
Richmond, Virginia 23230
(804) 282-7900
(804) 673-0316 fax
jgayle@theconsumerlawgroup.com


Leonard A. Bennett, Esq.
VSB #37523
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

Counsel for Plaintiff

## CERTIFICATE

   I hereby certify that on this 30th day of December, 2010, a true copy of the foregoing was served through the ECF system:

Brett A. Spain
Willcox & Savage, P.C.
440 Monticello Avenue
Suite 2200
Norfolk, Virginia 23510-2243

Counsel for Professional Financial Services of Virginia, LLC


                              _____-s-_____
                              Leonard A. Bennett, Esq.
                              VSB #37523
                              Consumer Litigation Associates, P.C.
                              12515 Warwick Boulevard, Suite 100
                              Newport News, Virginia 23606
                              (757) 930-3660 - Telephone
                              (757) 930-3662 – Facsimile
                              lenbennett@cox.net