**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

ANTWAN M. GRAY

      Plaintiff,

v.                                  CIVIL ACTION NO. 3:10cv287

UNIQUE AUTO SALES, LLC, et al,

      Defendants.

**DEFENDANT'S OBJECTIONS TO
PLAINTIFF'S WITNESS LIST**

      NOW COMES Defendant Professional Financial Services of Virginia, LLC ("PFS"),

by counsel, and for its Objections to Plaintiff's Witness List, states as follows:

      1.      The Defendant objects to testimony from the Plaintiff and his father as those

individuals were not disclosed in accordance with Rule 26(a).  In fact, the Plaintiff never

provided initial disclosures to the Defendant.

      2.      The Defendant objects to any testimony or evidence relating to any alleged

damages suffered by the Plaintiff.  The Plaintiff never filed initial disclosures, which require,

among other things, a breakdown of claimed damages.

Dated:  January 5, 2011              Respectfully submitted,

                                    By_____/s/_____
                                    Brett A. Spain (VSB #44567)
                                    Gary A. Bryant (VSB #27558)
                                    Attorneys for Professional Financial
                                    Services of Virginia, LLC
                                      Willcox & Savage, P.C.
                                      440 Monticello Avenue, Ste. 2200

Norfolk, Virginia 23510
(757) 628-5500 Telephone
(757) 628-5566 Facsimile
bspain@wilsav.com
gbryant@wilsav.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John Cole Gayle, Jr., (VSB #18833)
The Consumer Law Group, PC
5905 West Broad St., Ste. 303
Richmond, Virginia  23230
*Counsel for Plaintiff Antwan M. Gray*

Leonard A. Bennett (VSB #37523)
Consumer Litigation Associates, PC
12515 Warwick Boulevard, Ste. 100
Newport News, Virginia 23606
*Counsel for Plaintiff Antwan M. Gray*

/s/

Brett A. Spain (VSB #44567)
Gary A. Bryant (VSB #27558)
Attorneys for Professional Financial
Services of Virginia, LLC
Willcox & Savage, P.C.
440 Monticello Avenue, Ste. 2200
Norfolk, Virginia 23510
(757) 628-5500 Telephone
(757) 628-5566 Facsimile
bspain@wilsav.com
gbryant@wilsav.com

I-1008425.1