UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ANTWAN M. GRAY,

    Plaintiff,

v.                                      CIVIL ACTION NO. 3:10cv287

UNIQUE AUTO SALES, LLC., et al,

    Defendants

### PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANT'S DOCUMENTS AND WITNESSES

COMES NOW the Plaintiff, Antwan Gray, by counsel, and in support of his Objection to Defendant's Documents and Witnesses, moves the Court to

(1) Exclude Charles Wylie as a witness at trial;

(2) Exclude David Evans as a witness at trial;

(3) Exclude Defendant's exhibits 6, 7, 9, 16, 22, 25 & 30 at trial;

(4) Order such other relief as the court deems just.

Respectfully submitted,
ANTWAN M. GRAY

_____/s/_____
John Cole Gayle, Jr.
VSB#018833
Attorney for Plaintiff
The Consumer Law Group, P.C.
5905 West Broad Street, Suite 303
Richmond, VA 23230
(804) 282-7900 – Telephone
(804) 673-0316 – Facsimile
jgayle@theconsumerlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of January, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Brett A. Spain
Gary A. Bryant
Wilcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
(757) 628-5500
(757) 628-5566 facsimile
bspain@wilsav.com
gbrant@wilsav.com

      Counsel for Defendant, Professional Financial Services of Virginia, LLC.

                                    /s/
                         John Cole Gayle, Jr.
                         VSB#018833
                         Attorney for Plaintiff
                         The Consumer Law Group, P.C.
                         5905 West Broad Street, Suite 303
                         Richmond, VA  23230
                         (804) 282-7900 – Telephone
                         (804) 673-0316 – Facsimile
                         jgayle@theconsumerlawgroup.com